UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


TAMARA JOSEPH,
          Plaintiff,


          v.                              C.A. No. 11-191 S


MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
          Defendant.


<u>ORDER</u>


The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 30th, 2012, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is hereby DENIED, and Plaintiff's Motion to Reverse Decision of the Commissioner is hereby GRANTED.


ENTER:


_____
William E. Smith
United States District Judge

Date: 4/20/12